UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>          Plaintiff,<br><br>     v.<br><br>SECURITY PAVING COMPANY, INC.,<br><br>          Defendant. | Case No.  21-cv-01137-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by a stipulation filed on December 31, 2021 that the parties have reached a settlement in this case. (Re: Dkt. No. 25). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: January 4, 2022

VINCE CHHABRIA
United States District Judge